Electronically Filed
Intermediate Court of Appeals
CAAP-24-0000127
07-MAY-2025
08:17 AM
Dkt. 24 ODSD

NO. CAAP-24-0000127

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

DEXTER STANLEY GOMES; ARDIS ANN KUULEIONAONA GOMES,
Plaintifs-Appellees, v.
VICTORIA DAWN LUCRISIA, Defendant-Appellant, and
BRIAN HINOKAWA; JUDY HINOKAWA; JOSHUA AARON KANGISER;
MICHAEL H. HANOHANO; JANE LEINAALA KIM; JANE K. DOWNEY;
RICHARD E. LEE; DEBORAH S. LEE; WILLIAM PAUL FERREIRA, SR. and
MOLLIE MALIE FERREIRA as Co-Trustees of the
William Paul Ferreira Sr. and Mollie Malia Ferreira
Revocable Trust Agreement dated June 2, 2016;
BLAKE DIETRICH REID; LAURA PAULINE REID; HOWARD ALAN HINDS;
MICHELLE W. HINDS; FLAVIAN PILGRIM, Defendants-Appellees, and
DOES 1 through 100, an all other unknown persons or entities
claiming any right, title, estate, lien or interest in the real
property described in this Complaint which is adverse to
Plaintiff's ownership and TO ALL WHOM IT MAY CONCERN, Defendants

APPEAL FROM THE CIRCUIT COURT OF THE THIRD CIRCUIT
(CIVIL NO. 3CCV-21-0000242)

ORDER DISMISSING APPEAL
(By: Leonard, Acting Chief Judge, Hiraoka and McCullen, JJ.)

Upon review of the record, it appears that:

(1) On March 4, 2024, Defendant-Appellant Victoria Dawn Lucrisia (**Lucrisia**) filed the notice of appeal, self-represented;

(2) The statement of jurisdiction and opening brief were due on or before May 10, 2024, and June 10, 2024, respectively;

(3) Lucrisia failed to file either document, or request an extension of time;

(4) On June 18, 2024, the appellate clerk entered a default notice informing Lucrisia that the time for filing the

statement of jurisdiction and opening brief had expired, the matter would be called to the court's attention on June 28, 2024, for appropriate action, which could include dismissal of the appeal, under Hawaiʻi Rules of Appellate Procedure Rules 12.1(e) and 30, and Lucrisia could request relief from default by motion; and

(5) Lucrisia has not taken any further action in this appeal.

Therefore, IT IS HEREBY ORDERED that the appeal is dismissed.

DATED:  Honolulu, Hawaiʻi, May 7, 2025.

/s/ Katherine G. Leonard
Acting Chief Judge

/s/ Keith K. Hiraoka
Associate Judge

/s/ Sonja M.P. McCullen
Associate Judge